UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv-62304-WJZ

SUPREME WIRELESS, INC.,

       Plaintiff,

vs.

DEREK W. EDWARDS,

       Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, SUPREME WIRELESS, INC., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that Plaintiff has voluntary dismissed the above-captioned case without prejudice.

       /s/*Yechezkel Rodal*
       Yechezkel Rodal, Esq.
       Florida Bar No.:  091210
       Rodal Law, P.A.
       3201 Griffin Road, Ste. 203
       Dania Beach, Florida 33312
       Telephone:  (954) 367-5308
       Facsimile:   (954) 900-1208
       E-Mail: chezky@rodallaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on February 28, 2017 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Service by Electronic Mail
Derek W. Edwards
derekedwards.sr@gmail.com

        Rodal Law, P.A.
        *Attorneys for Plaintiff*
        3201 Griffin Road, Ste 203
        Dania Beach, Florida 33312
        Telephone: (954) 367-5308
        Facsimile:  (954) 900-1208

        */s/ Yechezkel Rodal*
        Yechezkel Rodal, Esq.
        Florida Bar No.: 091210
        chezky@rodallaw.com